UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

'03 AUG -7 P12:43
**ORIGINAL**
WESTN DIST KENTUCK

| | |
|---|---|
| NESTOR POZOS-TAMAYO, ET AL. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 5:02CV00203J |
| ) | |
| KENTUCKY-TENNESSEE GROWERS ) | |
| ASSOCIATION, ET AL. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Nestor Pozos-Tamayo, *et al.*, and advise the Court through this Notice that the above-captioned matter has been settled. It is anticipated that settlement documents will be filed within thirty days of filing this document.

Respectfully submitted,

Melody Fowler-Green
(Admitted only in Texas)
Attorney for the Plaintiffs
Texas Bar No. 24027315

**Southern Migrant Legal Services**
**A Project of Texas Rural Legal Aid, Inc.**
101 Church Street, Suite 325
Nashville, Tennessee 37201
Telephone: (615) 251-3244
Facsimile: (615) 251-3347

## CERTIFICATE OF SERVICE

I hereby certify that on the __5th__ day of August, 2003, a true and correct copy of the foregoing motion was sent First Class U.S. mail to:

Mr. W.R. Loftis, Jr.
Ms. Virginia Piekarski
Constangy, Brooks and Smith, LLC
101 North Cherry Street, Suite 300
Winston-Salem, North Carolina 37101

Ms. Brenda McGregor
3025 W. Roaring Springs Road
Lafayette, Kentucky 42254

Mr. Carl J. Marshall, Esq.
Gault, Marshall & Miller PLLC
239 S. Water Street
P.O. Box 30
Paducah, Kentucky 42002-0030

Ms. Brenda McGregor
Registered Agent
Smith McGregor LLC
3025 W. Roaring Springs Road
Lafayette, Kentucky 42254

_/s/ Douglas L. Stevick_
Douglas L. Stevick